IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

BOBBIE TORRY,

    Plaintiff,

v.

J. NICKEL'S, M. MORGAN and
KARI LLOYD,

    Defendants.

JUDGMENT IN A CIVIL CASE

14-cv-479-wmc

    This action came for consideration before the court with District Judge William M. Conley presiding. The issues have been considered and a decision has been rendered.

    IT IS ORDERED AND ADJUDGED that judgment is entered dismissing this case for plaintiff's failure to state a claim upon which relief may be granted.

/s/                                                              9/26/2016

Peter Oppeneer, Clerk of Court                      Date